UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE DOMINGO MARTIN,<br>      Petitioner,<br><br>      v.<br><br>PATRICIA HYDE, *Acting Field Office Director,*<br>*Immigration and Customs Enforcement, Boston,*<br>MICHAEL KROL, HSI *New England Special*<br>*Agent in Charge,*<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement* and<br>KRISTI L. NOEM*, Secretary of the U.S.*<br>*Department of Homeland Security*,<br>      Respondents. | CIVIL ACTION NO.<br>25-13831-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #9) issued on December 19, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Barbara I. Beatty*
_____
Deputy Clerk

DATED:  December 19, 2025